UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>  Plaintiff,<br><br>  v.<br><br>The Irvine Company LLC, a Delaware Limited Liability Company<br><br>  Defendant. | Case No. 8:21-cv-00137-JLS-KES<br><br>**FINAL JUDGMENT** |

# JUDGMENT

The Court having granted Defendant The Irvine Company LLC's ("Defendant") Motion for Summary Judgment (Doc. 31), hereby enters the following Judgment:

IT IS ORDERED AND ADJUDGED that Plaintiff Brian Whitaker take nothing by way of his Complaint, and that this action is hereby dismissed with prejudice. Judgment is entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

DATED: May 16, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE